■ In the Matter of ARMAND BRAIGER, Deceased. NOURY GOUJJANE, Respondent; LEONORE SPINELL, Also Known as LEE SPINNELL, et al., Appellants. [821 NYS2d 460]—Decree, Surrogate's Court, New York County (Renee R. Roth, S.), entered on or about May 24, 2005, unanimously affirmed for the reasons stated by Roth, S., without costs or disbursements. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman, Catterson and McGuire, JJ.

■ In the Matter of GEORGE O'DONNELL, Appellant, v MICHAEL BLOOMBERG, as Mayor of the City of New York, et al., Respondents. [822 NYS2d 253]—Judgment, Supreme Court, New York County (Carol Edmead, J.), entered February 10, 2006, dismissing a Freedom of Information Law (FOIL) proceeding, unanimously affirmed, without costs.

Petitioner offers no persuasive reason to reject respondents' statement that, with one exception, no records responsive to petitioner's FOIL requests could be found after a diligent search (Public Officers Law § 89 [3]; *Matter of Daum v Tessler*, 24 AD3d 214, 215 [2005]). The one record that respondents did find was, after an in camera inspection, correctly held to be exempt from disclosure as interagency material (Public Officers Law § 87 [2] [g]; *see Matter of Fink v Lefkowitz*, 47 NY2d 567, 571 [1979]). Concur—Tom, J.P., Saxe, Friedman, Catterson and McGuire, JJ.